**Order entered November 13, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00816-CV

**BON AMOUR INTERNATIONAL, LLC, ET AL., Appellants**

**V.**

**PREMIER PLACE OF DALLAS, LLC, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06951-I**

## ORDER

We **GRANT** appellants' November 11, 2014 unopposed motion for an extension of time

to file a reply brief. Appellants shall file their reply brief by December 15, 2014.


/s/     ELIZABETH LANG-MIERS
             JUSTICE